UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIDI COSMAS ABAKPORO,<br><br>                    Plaintiff,<br><br>     v.<br><br>NATIONAL VISA CENTER, UNITED STATES DEPARTMENT OF STATE, UNITED STATES EMBASSY AND CONSULATE IN NIGERIA,<br><br>                    Defendants. | CASE NO. 2:23-cv-00739-JHC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 22nd day of May, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1