UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIDI COSMOS ABAKPORO,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL VISA CENTER, et al.,<br><br>Defendants. | CASE NO. 2:23-cv-00739-JHC<br><br>ORDER DENYING MOTION FOR A TEMPORARY RESTRAINING ORDER |

This matter comes before the Court on Plaintiff's Motion for a Temporary Restraining Order. Dkt. # 6. Defendants oppose the motion. Dkt. # 8. Having reviewed the submissions of the parties, the case file, and the applicable law, the Court hereby DENIES the motion.

The Court will provide its reasoning in a forthcoming memorandum opinion.

Dated this 20th day of July, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER DENYING MOTION FOR A TEMPORARY RESTRAINING ORDER - 1