District Judge John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIDI COSMOS ABAKPORO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL VISA CENTER, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-739-JHC<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration on:<br>August 7, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this case, without prejudice and with each party to bear its own costs and attorneys' fees.

DATED this 7th day of August, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NY #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

STIPULATED MOTION AND ORDER
*Nagawa v. National Visa Center,* C23-739-JHC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/Katherine H. Rich*
KATHERINE H. RICH, WSBA#46881
Rich Immigration PC
1207 N. 200th Street, Suite 214b
Shoreline, Washington 98133
Phone: 206-853-4073
Email: katherine@richimmigration.com
*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER
*Nagawa v. National Visa Center,* C23-739-JHC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

It is so **ORDERED**. The case is dismissed without prejudice and with each party to bear their own costs and attorneys' fees.

Dated this  8th  day of  August , 2023.

*(signature: John H. Chun)*

JOHN H. CHUN
United States District Court Judge

STIPULATED MOTION AND ORDER
*Nagawa v. National Visa Center,* C23-739-JHC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970